JS 6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM V. MONTONATI and LINDA MONTONATI,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>AIR & LIQUID SYSTEMS CORPORATION (*sued individually and as successor by merger to* BUFFALO PUMPS, INC.), *et al*.<br><br>　　　　　Defendants. | Case No. 2:15-cv-06612-DSF-JPR<br><br>**ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION**<br><br>Courtroom:　　　840<br>Judge:　　　　　Hon. Dale S. Fischer<br>Complaint Filed:　July 24, 2015 |

1

ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION

# ORDER

WHEREAS on July 24, 2015, Plaintiffs commenced an action in the Superior Court of the State of California in and for the County of Los Angeles, entitled WILLIAM V. MONTONATI and LINDA MONTONATI v. AIR & LIQUID SYSTEMS CORPORATION (*sued individually and as successor by merger to* BUFFALO PUMPS, INC.), et al. as Case Number BC589102 (the "Action").

WHEREAS on August 28, 2015, Defendant Metalclad Insulation LLC filed a Notice of Removal to Federal Court Pursuant to 28 U.S.C. sections 1331, 1442(A), 1446 with the United States District Court for the Central District of California.

WHEREAS on August 28, 2015, Defendant Metalclad Insulation LLC completed the removal process by filing a conformed copy of the notice of removal with the Los Angeles Superior Court.

WHEREAS to date, only Defendants HILL BROTHERS CHEMICAL COMPANY, METALCLAD INSULATION LLC, SYD CARPENTER, MARINE CONTRACTOR, INC., and UNION CARBIDE CORPORATION have filed Notices of Appearance in this matter with the United States District Court for the Central District of California.

WHERESA the parties have agreed that the Action should be remanded to the Los Angeles County Superior Court.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Action be remanded to Los Angeles County Superior Court and that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and order.

**IT IS SO ORDERED.**

Dated: 11/3/15

_____
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE